June, 19, 2008

**ORIGINAL**

Subject: Amended Complaints
BD) III. Statement of Claim
Corrected Copy

*[signature: Michael B Davis]*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 24 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

From: Michael B Davis
No. 3:08-CV-0944-G

### III. STATEMENT OF CLAIM:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and location of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph Attach additional sheets of paper as necessary

A. Where did the events giving rise to your claim(s) occur? "Greyhound's Charter Office Sales and Service, 15110 N. Dallas Pkwy, Dallas, Texas, 75248

B. What date and approximate time did the events giving rise to your claim(s) occur? 08 / 09 / 00 at 3:30 pm at Greyhound's Charter Office 15110 N. Dallas Pkwy, Dallas Texas 75248

*what happen to you?*

C. Plaintiff's (6) contracted and fully paid charter buses were cancelled by defendant "David Leach and Michael Ward without notice or merit 12 hours prior to start of Plaintiff's chartered bus group tour from its Greyhound's Charter Office at Dallas, Texas
(2) certified checks were delivered and signed for by " Ms. Sharon Woodberry" of Greyhou charter office on 08/09/00 as agreed via FED EX as final payments.
(1st.) certified check in amount of $1657.00 was accepted by Mr. Ward, but (2nd.) certifi check in the amount of $6596.00 was refused by Mr. Ward as a fraudulent certified
Both certified checks were issued by "The FLEET BANK of New York " on its
Bank numbers ( not Plaintiff's business check ) on 08/09/00 in New York.
I had " Ms. Deborah Perry" V.P. & branch manager of FLEET BANK
08/10/00, 9:00am to speak with "Mr. Ward " at his Dallas.
issuance of the certified check in the amount of $6596.00.
Ms. Perry's efforts and he refused to enter check for insta
I further called " Mr. Mike Crim" Greyhound's Legal Cou

*Was anyone else involved*

I called "Mr. Mike Crim" Greyhound's Legal Counsel at its Dallas,
at 11:00am and requested his help with this problem Mr. Ward was pre
after speaking with Mr. Ward stated that he didn't have the authority to m
accept my bank's certified check payment in the amount of $6569.00 ( both cer
were payable to Greyhound Charters).
Ms. Sharon Woodberry, was present when Mr. Ward refused to accept my payment o $6596.00 and Ms. Woodberry filed in Dallas, Texas on 04/12/07 a false AFFIDAVAT stating that she had no direct knowledge of Plaintiff's charter contracts and that Plainti was trying to intimidate her.
Ms. Suzzanne Crim's filed a false AFFIDAVAT in Dallas, Texas on 03/28/03, stating that Plaintiff's cancelled its chartered Greyhound's Bus contracts in 06/2000

| | |
|---|---|
| Who else saw What happen | On, 08/09/00 at 10pm "Ms. Crim's called me at my home in New York and told me that "Mr. Ward had cancelled my chartered bused and he was keeping my deposit payments of $600.00 and my certified check payment of $6596.00 as cancellation fee for the last minute cancellation . <br> Ms. Crim's , then stated that she could offer me replacement buses from "Greyhound's standby charter bus company in New York for $6,000.00 per bus in cash immediately. and that " my people had no other choice" but to buy her offer now or " I was out of luck' I told Ms. Crim's that I could not pay that amount and refused . <br><br> Ms. Deborah Perry is now employed with "Bank of America " whom "Fleet Bank" merged with . <br><br> Mrs. Patricia A. Wilson of 2110 Madison Avenue, apt 6A , N.Y., N.Y. 10037 and myself both witness this entire event from 03/30/00 to 08/10/00 . |

DEAR VALUED POSTAL CUSTOMER:

I want to extend my sincere apology as your Postmaster for the enclosed document that was inadvertently damaged in handling by your Postal Service.

We are aware how important your mail is to you. With that in mind, we are forwarding it to you in an expeditious fashion.

The United States Postal Service handles over 202 billion pieces of mail each year. While each employee makes a concerted effort to process, without damage, each piece of mail, an occasional mishap does happen.

We are constantly working to improve our processing methods so that these incidents will be eliminated. You can help us greatly in our efforts if you will continue to properly prepare and address each letter or parcel that you enter into the mailstream.

We appreciate your cooperation and understanding and sincerely regret any inconvenience that you have experienced.

